To: The Clerk, Abel Acosta

of The Honorable Court of Criminal Appeals:

Cliff Douglas Parker, Appellant

v.

State of Texas, Appellee

June 19th 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 2 5

Abel Acosta, Clerk

No. PD-0573-15

Dear Sir,

I would like to know the disposition of my Petition For Discretionary Review, That is pending before the Honorable Court of Criminal Appeals. from the Second Appellate District of Texas. Ft. Worth, Tx. No. 02-14-00044-CR. Tarrant County, Trial Court No. 1329800, filed by Attorney R. Scott Walker, State Bar # 24004972, on my behalf. Your time and effort will be Appreciated for a answer in this matter.

Thank you, Cliff Douglas Parker

6/19/2015